UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIGNITY HEALTH, *et al.*<br><br>　　　　　Defendants. | Case No.  1:20-cv-01778-HBK<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RULING AS PREMATURE<br><br>(Doc. No. 2)<br><br>ORDER DIRECTING PLAINTIFF TO FILE MOTION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>TWENTY-ONE DAY DEADLINE |

　　　　Pending before the Court is Plaintiff's motion for ruling filed June 7, 2021.  (Doc. No. 2).  Plaintiff Allen Hammler, a state prisoner, initiated this action by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 on December 17, 2020.  (Doc. No. 1).  In the instant motion, Plaintiff request to proceed on his complaint.  (*See generally* Doc. No. 2).  Plaintiff, however, has neither filed a motion for leave to proceed as a pauper nor paid the requisite filing fee.  (*See* docket).

　　　　Accordingly, it is **ORDERED**:

　　　　1. Plaintiff must either pay the requisite $402.00 filing fee or complete and file the attached motion for leave to proceed *in forma pauperis* within twenty-one (21) days of the date of this Order.

2. Plaintiff's motion for ruling (Doc. No. 2) is DENIED as premature.

3. Failure to timely comply with this order will result in the recommendation that this case be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   June 16, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE