UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER, | Case No. 1:20-cv-01778-HBK |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | FOURTEEN-DAY RESPONSE PERIOD |
| DIGNITY HEALTH, *et al.* | |
| Defendants. | |

Plaintiff Allen Hammler, a state prisoner, initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on December 17, 2020. (Doc. No. 1). Plaintiff did not accompany the filing of his complaint with a motion to proceed *in forma pauperis* ("IFP"), or the requisite filing fee. (*See* docket). On June 17, 2021, the Court directed Plaintiff to pay the $402.00 filing fee or file an application to proceed *in forma pauperis* within twenty-one (21) days if he wished to prosecute this action. (Doc. No. 3). The Court further warned Plaintiff that his failure to timely comply with the June 17, 2021 Order would result in a recommendation that this case be dismissed without prejudice. (*Id.*). As of the date of this Order, Plaintiff has neither paid the filing fee nor filed an application to proceed *in forma pauperis*.

Federal Rule of Civil Procedure 41(b) permits the court to involuntarily dismiss an action when a litigant fails to prosecute an action or fails to comply with a court order. *See* Fed. R. Civ. P. 41(b); *see Applied Underwriters v. Lichtenegger*, 913 F.3d 884, 889 (9th Cir. 2019) (citations

omitted); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) *sua sponte*, at least under certain circumstances."). Local Rule 110 similarly permits the court to impose sanctions on a party who fails to comply with any order of the court.

Accordingly, it is hereby **ORDERED**:

Within **fourteen (14) days** from receipt of this Order, Plaintiff shall show cause why the Court should not recommend that this case be dismissed without prejudice for Plaintiff's failure to prosecute this action and/or his failure to timely comply with the Court's June 17, 2021 Order.

Dated: July 21, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE