UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>    Plaintiff,<br><br>  v.<br><br>DIGNITY HEALTH, ET. AL. ,<br><br>    Defendants. | Case No.  1:20-cv-1778-JLT-HBK<br><br>ORDER OF DISMISSAL<br><br>(Doc. 20) |

On January 24, 2022, based upon findings and recommendations issued by the assigned magistrate judge, the Court found that Plaintiff is a three-striker under 28 U.S.C. § 1915(g).[1] (Doc. 15 at 1). The Court further found Plaintiff's complaint did not contain sufficient facts alleging imminent danger of serious physical harm. (*Id.*) Alternatively, the Court noted that Plaintiff had sufficient funds in his inmate account to pay the full filing fee. (*Id.* at 1–2.) The order directed Plaintiff to pay the full filing fee within thirty days if he wished to proceed with this case, or else the case would be summarily dismissed. (*Id.* at 3.)

///

///

///

---

[1] The order was signed on January 21, 2022, but filed on January 24, 2022, so the Court uses the later date for calculating Plaintiff's deadline.

As of the date on this order, Plaintiff has not paid the filing fee and the time to do so has expired.  (*See* docket.)

Accordingly, it is **ORDERED**:

1.  This case is DISMISSED for failure to pay the filing fee.

2. The Clerk of court shall terminate any pending motions, enter judgment accordingly, and close this case.

IT IS SO ORDERED.

Dated:   **March 7, 2022**

UNITED STATES DISTRICT JUDGE